IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR263 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| vs. | ) | AND ORDER |
| | ) | |
| DONNIE L. MARCO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion for Reduction and/or Modification of His Previously Imposed term of Imprisonment (Filing No. 69) pursuant to 18 U.S.C. §3582(c)(2) and Amendment 782. The Court has carefully reviewed the Defendant's docket sheet, the filings in this matter and the worksheet prepared by the U.S. Probation Office, and finds that because of his career offender status, the Defendant is ineligible for a sentence reduction under Amendment 782. Accordingly,

IT IS ORDERED:

1.  The Defendant's Motion for Reduction and/or Modification of His Previously Imposed term of Imprisonment (Filing No. 69) is denied;

2.  The Court finds that the Defendant is ineligible for a reduction of sentence pursuant to Sentencing Guideline Amendment 782; and

3.  The Clerk of Court is ordered to mail a copy of this order to the Defendant at his last known address.

DATED this day of 29th day of April, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge